## Glaser, Appellant, v. Glenwood Railroad Company (No. 2):

Argued Nov. 3, 1903.  Reargued Feb. 2, 1904.  Appeal, No. 43, Oct. T., 1903, by plaintiff, from decree of C. P. No. 3, Allegheny Co., Nov. T., 1902, No. 464, dismissing bill in equity in case of William C. Glaser and Bird Glaser, his Wife, v. Glenwood Railroad Company.  Before MITCHELL, C. J., DEAN, FELL, BROWN, MESTREZAT, POTTER and THOMPSON, JJ.  Affirmed.

OPINION BY MR. JUSTICE DEAN, March 7, 1904.

This case is ruled by Dryden v. Railroad Company, ante, p. 316.  For the reasons given in that opinion this decree is affirmed and the appeal dismissed at costs of appellant.

---

## Glaser, Appellant, v. Glenwood Railroad Company. (No. 3).

Argued Nov. 3, 1903.  Reargued Feb. 2, 1904.  Appeal, No. 44, Oct. T., 1903, by plaintiff, from decree of C. P. No. 3, Allegheny Co., Nov. T., 1902, No. 465, dismissing bill in equity in case of Rosanna Glaser, John K. Glaser, Adam T. Glaser, James G. Glaser, Charles A. Glaser and Lizzie B. Glaser v. Glenwood Railroad Company.  Before MITCHELL, C. J., DEAN, FELL, BROWN, MESTREZAT, POTTER and THOMPSON, JJ.  Affirmed.

OPINION BY MR. JUSTICE DEAN, March 7, 1904 :

This case is ruled by Dryden v. Railroad Company, ante, p. 316.  For the reasons given in that opinion, the decree is affirmed and the appeal is dismissed at costs of appellants.